UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NUMBER: 1:20-cr-000130-CM-2

JOSE MEJICANOS,

    Defendant.
_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of **Joseph C. Flynn**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the State(s) of Florida; and that his contact information is as follows:

> **Mark E. NeJame**
> **NeJame Law**
> **189 S. Orange Avenue, Suite 1800**
> **Orlando, FL 32801**
> **Phone: 407-500-0000**
> **Fax: 407-802-1436**
> **Mark@nejamelaw.com**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant, Jose Mejicanos, in the above entitled Action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/25/20

_____
Colleen McMahon
United States District Judge