

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

April 15, 2020

4/29/20
MDFL bail conditions remain in place for the SDNY CASE.

[signature]

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *United States v. Jose Mejicanos*, 20 Cr. 130 (CM)

Dear Judge McMahon:

Defendant Jose Mejicanos was arrested in the Middle District of Florida ("MDFL") and presented in that district on February 24, 2020. At the time of the defendant's initial presentment he was bailed subject to certain conditions, including:

- The defendant's signature on a $500,000 personal recognizance bond singed by the defendant and his wife, Rosa Guadalupe;
- Home detention enforced by location monitoring;
- Pretrial Services supervision as directed;
- No change of address without prior approval;
- No possession of firearms or other destructive devices;
- No use of alcohol;
- Surrender of travel documents and no new applications for travel documents;
- Travel restricted to the Middle District of Florida, the Southern District of New York, and points between;
- Mental health assessment and treatment as directed by Pretrial Services;
- Urinalysis and drug testing and treatment as directed by Pretrial Services; and
- Other standard and mandatory conditions of release.

On March 10, 2020, the defendant appeared before Your Honor for arraignment and initial conference. At the time of the arraignment, the defendant's bail conditions were ordered to remain in place going forward. The Government has recently communicated with SDNY Pretrial Services and understands that for MDFL Pretrial Services to continue the defendant's courtesy supervision, a written order is required stating that the MDFL bail conditions remain in place for the SDNY case.

4/29/20

April 15, 2020
Page 2

    Accordingly, the Government respectfully requests, with the consent of defense counsel, that the Court memo endorse this letter, in line with the Court's prior oral order, to order that the MDFL bail conditions remain in place.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

                       By:   /s/ Daniel G. Nessim
                             Daniel G. Nessim
                             Peter J. Davis
                             Assistant United States Attorneys
                             (212) 637-2486 / -2468