USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

Jose Mejicanos,

              Defendant(s).
----------------------------------------------------------------X

CONSENT TO PROCEED BY
TELEPHONECONFERENCE

20 -CR- 130 ( CM )

Defendant ____Jose Mejicanos__ tele____ hereby voluntarily consents to participate in the following proceeding via ~~video~~conferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jose Mejicanos
Print Defendant's Name

_____
Defense Counsel's Signature

Joseph C. Flynn III
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~video~~ tele conferencing technology.

7/29/20
Date

_____
Chief U.S. District Judge/~~U.S. Magistrate Judge~~