## MEMORANDUM

TO: HONORABLE JED S. RAKOFF
United States District Judge

FROM: KEYANA POMPEY
United States Pretrial Services Officer

RE: **Mejicanos, Jose**

DOCKET #: **20-CR-00130-JSR-2**

The attached memorandum prepared by Supervising Pretrial Services Officer

Keyana Pompey                                    (212) 805-4342

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at
                                                DATE                                TIME

[ ]   I direct that a bench warrant be issued for the defendant in this matter.

[✓]   Bail is ~~modified as requested. See comments below~~ revoked, per hearing on 5/2/22:

[ ]   So ordered   _Jed S. Rakoff_
                   USDJ
                   5-2-22

COMMENTS:

U.S. Marshal # 73425018
The defendant is directed to surrender to the Orlando, FL. Marshal Service today.