UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>JOSE MEJICANOS,<br><br>            Defendant. | 20-cr-130 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Clerk of Court is directed to place docket entry number 96 under seal.

    SO ORDERED.

New York, NY
March 13, 2024

                                  JED S. RAKOFF, U.S.D.J.