# DAVID ZAPP

46 EAST 92nd STREET • SUITE 2 • NEW YORK, NEW YORK 10128
917 414-4651
davidzapp@aol.com

## ATTORNEY

NEW YORK, DISTRICT OF COLUMBIA, BARS

October 28, 2024

Hon. Jed S. Rakoff
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States vs. Mejicanos 20-cr-00130-JSR

Dear Judge Rakoff,

The above referenced defendant has retained me to review his case and I have filed my Notice of Appearance. I did read that several docments that apply directly to him are under seal. I would respectfully ask the Court to allow me access to those sealed documents. The government has been contacted and takes no position.

Faithfully yours,

/s/David S. Zapp
Attorney for Mr. Mejicanos
46 East 92nd Street, Suite 2
New York, NY 10128
Tel. 917.414.4651

SO ORDERED
/s/ Jed Rakoff
JSDJ
10-31-24