UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                          :

Plaintiff,   United States of America      :

      -v-                          :

                          :

Defendant.  Jose Mejicanos       :

                          :

                          x
-----------------------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20 Cr. 130    (JSR  ) (RWL))

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☒ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions:  _____

Do not check if already referred for general pretrial.

Dated _____3/19/26_____

SO ORDERED:

_____
United States District Judge