UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MEJICANOS,                             :

                            Movant,         :        20-CR-130-02 (JSR) (RWL)
                                            :
              - against -                   :        **ORDER**
                                            :        29 U.S.C. § 2255
UNITED STATES OF AMERICA,                   :
                                            :
                            Respondent.     :
                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 18, 2026, Petitioner filed a motion to vacate, set aside, or correct his
sentence pursuant to 28 U.S.C. § 2255.  The Government shall file a response by **May
29, 2026**.  Any reply from Petitioner shall be filed by **July 15, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2026
          New York, New York

Copies transmitted this date to all counsel of record.