UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MEJICANOS, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | 24-cv-1890 (JSR) (RWL)<br>20-cr-130 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On August 20, 2026, Magistrate Judge Robert W. Lehrburger issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court deny the motion of petitioner Jose Mejicanos pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his conviction and resulting sentence based upon a claim of ineffective assistance of counsel. ECF No. 126. Mejicanos filed objections to the Report on September 3, ECF No. 127, the Government filed its response on September 17, ECF No. 128, and Mejicanos filed his reply on September 24, ECF No. 129. Accordingly, the Court has reviewed the underlying motion and considered Mejicanos's objections de novo.

Upon due consideration, the Court finds itself in total agreement with the Report and hereby adopts its reasoning by reference. Mejicanos has failed to satisfy the requirements for establishing ineffective assistance of counsel. See Strickland v. Washington, 466 U.S. 668 (1984). Thus, the Court denies Mejicanos's motion pursuant to § 2255 with prejudice. Because the Court concludes that Mejicanos has not made a substantial showing of the denial of a constitutional right,

no certificate of appealability shall issue. The Clerk of Court is directed to close the civil case and close the entries at docket numbers 116 and 127 on the docket of the criminal case.

SO ORDERED.

Dated: New York, NY
October 31, 2026

JED S. RAKOFF, U.S.D.J.